*From*
Arturo Balli
5029 Camelia Lane
Brownsville, TX 78523

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

December 1, 2003

**MISCELLANEOUS**
**B-03-020**

To Whom It May Concern:

    I would like to file a suit against Mr. David Barrera who works as a Safety Director at Sunline Commercial Carrier Company. I had been working with this company for the past 5 years as a truck driver. On April 23, 2002 in the town of Pontiac Illinois, I had an accident when the load I was carrying turned over and rolled over the truck I was driving. Due to this accident I tore the tendons to my right arm and was unable to continue working. Mr. Barrera sent me with the company doctor. I was told that there was nothing wrong with my arm. It has been 1 year and 8 months since the accident and I feel a lot of pain in my arm. I had not been working due to this pain I feel. I would like for Sunline Commercial Carrier Company to cure this illness in my arm so I could continue to work to support my family. I am the full support of my family and am not able to work like I used to. I was not given any Workman's Compensation nor was I sent to another doctor for a second opinion. I am asking that this company help me find a cure for my arm and compensate me for the time I have been off work. I would appreciate any and all consideration given to me in this matter.

State of Texas
County of Cameron
Sworn to and subscribed before me on the 1st day of December 2003
Notary Public's Signature
My commission expires 2/27/06

Arturo Balli
*Arturo Balli*
(956) 466-9734



LINDA CASTRO
Notary Public, State of Texas
My Commission Expires
February 27, 2006