United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

DEC 1 6 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO BALLI, | § | |
| Plaintiff, | § § § | |
| vs. | § | MISC. ACTION NO. B-03-020 |
| SUNLINE COMMERCIAL CARRIER COMPANY, | § § § § | |
| Defendant. | § | |

### ORDER

On December 1, 2003, Arturo Balli submitted a letter to the District Clerk's office. In that letter, Balli expresses his desire to file suit against a former employer, Sunline Commercial Carrier Company. According to Rule 4 of the Federal Rules of Civil Procedure, a civil action is commenced by filing a complaint with the court. Although the pleadings of pro se litigants are construed liberally, given the form and substance of what was presented there is no proper action this Court can take in furtherance of Mr. Balli's claims. In other words, although his putative cause of action may well have merit, Balli's letter fails to set forth a justiciable case or controversy amenable to review by the courts. Accordingly, the clerk's office is hereby ORDERED to close Miscellaneous Action No. B-03-020.

Done in Brownsville, Texas, this 16th day of December, 2003.

Felix Recio
United States Magistrate Judge